**No. 60888.**—John S. James *v.* United States, protest 299216–K (Savannah).

Opinion by Johnson, J. At the trial, Government counsel read into the record a communication stating that it was agreed that the entry, as appraised, should have been liquidated on the basis of a value of $113 per metric ton, plus extras of $2 per metric ton. Counsel stated that the Government had no objection to granting the protest to the extent indicated in the communication and would be willing to so stipulate. Upon agreement of plaintiff, the case was submitted upon the stipulation read into the record. It was, therefore, held that duty should be assessed at the appropriate rate under paragraph 304, Tariff Act of 1930, as amended, on the basis of a value of $113 per metric ton, plus extras of $2 per metric ton.

**No. 60889.**—Galatex Co., Inc. *v.* United States, protest 253040–K (New York).

Opinion by Johnson, J. It was stipulated that the issue herein is similar in all material respects to that involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that case No. 4327 in entry WHB 03757, reported by the inspector as manifested but not found, was not in fact received by the importer. In accordance with stipulation of counsel and following the decision cited it was held that duty is not assessable upon the case of merchandise reported by the inspector as manifested but not found. The protest was sustained to this extent.

**No. 60890.**—Browne Vintners Co., Inc., et al. *v.* United States, protests 255851–K etc. (New York).

Opinion by Johnson, J. It was stipulated that the issues and facts herein are similar in all material respects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that duty and internal revenue tax are not assessable upon such portions of the merchandise as were reported by the inspector as manifested, not found. The protests were sustained to this extent.